# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN FRED AND VANESSA FRED,<br><br>      Plaintiff,<br><br>   v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>      Defendants. | Case No.: 2:25-cv-17979-JKS-JRA<br><br>**Document electronically filed**<br><br>Motion Date: March 16, 2026<br><br>**Oral Argument Requested** |

### DEFENDANT AMERICAN HONDA MOTOR CO, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that in accordance with Local Rule 7.1, Defendant American Honda Motor Co., Inc. ("AHM") shall move before the Hon. Jamel K. Semper, U.S.D.J., at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on March 16, 2026 or such other date as the Court shall schedule, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing Plaintiffs' Complaint in its entirety for failure to state a claim upon which relief can be granted, and pursuant to Fed. R. Civ. P. 12(b)(1), dismissing Plaintiffs' injunctive relief claims for lack of Article III standing.

1

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant AHM shall rely upon the Complaint, the accompanying Memorandum of Law, the accompanying declaration of Eric Pedersen and attached exhibit, other documents filed in the case, any materials of which the Court may take judicial notice, and upon such other matters as may be presented to the Court at the time of the hearing. A proposed form of Order is also submitted.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' opposition to this motion shall be filed no later than March 2, 2026, and AHM shall file its reply by March 9, 2026.

February 17, 2026                SHOOK, HARDY & BACON L.L.P.

By: */s/ Homer B. Ramsey*
Homer B. Ramsey
*hramsey@shb.com*
101 Hudson Street, 21st Floor
Jersey City, NJ 07302
Tel: (201) 660-9995

*Attorneys for Defendant American Honda Motor Co., Inc.*