# Exhibit 1

# CARFAX Vehicle History Report™

## 2023 ACURA MDX SH-AWD W/TECH

VIN: 5J8YE1H48PL013686
4 DOOR WAGON/SPORT UTILITY
3.5L V6
GASOLINE
ALL WHEEL DRIVE

- No accidents or damage reported to CARFAX
- Regular oil changes
- Great Reliability
- CARFAX 1-Owner vehicle
- Personal vehicle
- **67,821** Last reported odometer reading




This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/16/26 at 2:40:28 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Recent Service Highlights

Key services performed in the last 12 months

| Service | Comments | Date |
|---|---|---|
| Oil | ✓ Oil and filter changed | 10/07/2025 |
| Tires | ✓ Tires rotated | 04/07/2025 |
| Brakes | ✓ Brake fluid flushed/changed | 04/07/2025 |




This car has been recently serviced. That's a good thing!

## CARFAX Reliability Forecast

Based on 2023 Acura MDX SH-AWD W/Tech with similar mileage

## 3-Year Reliability Forecast

Fair Reliability | Good Reliability | **Great Reliability**

Good news! This vehicle is expected to have low repair and average repair costs.




## What makes this vehicle have great reliability?

- **Top 25%** compared to similar vehicles
- $$$ **Average** Repair Cost
  $330 avg per year
- **Oil Changes** performed regularly
- **Low** Likelihood of Repair

| CARFAX **Additional History**<br>Not all accidents / issues are reported to CARFAX | **Owner 1** |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** |

| CARFAX **Title History**<br>CARFAX guarantees the information in this section | **Owner 1** |
|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | **Guaranteed**<br>No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | **Guaranteed**<br>No Problem |

**GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

## CARFAX Ownership History

The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2023 |
| Type of owner | Personal |
| Estimated length of ownership | 3 years |
| Owned in the following states/provinces | Delaware |
| Estimated miles driven per year | 24,979/yr |
| Last reported odometer reading | 67,821 |

CARFAX 1 OWNER

## CARFAX Detailed History

**Owner 1**
Purchased: 2023

Personal Vehicle
24,979 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 11/29/2022 | 5 | Acura Turnersville<br>Blackwood, NJ<br>856-649-1820<br>**4.8 / 5.0**<br>747 Verified Reviews<br>**6,984** Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed |
| 02/11/2023 | | Delaware<br>Motor Vehicle Dept.<br>Bear, DE | **Title or registration issued**<br>- First owner reported<br>- Titled or registered as personal vehicle |
| 03/22/2023 | 7,293 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>**4.4 / 5.0**<br>397 Verified Reviews<br>**167** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Vehicle washed/detailed |
| 08/01/2023 | 15,458 | Acura Turnersville<br>Blackwood, NJ<br>856-649-1820<br>**4.8 / 5.0**<br>747 Verified Reviews<br>**6,984** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Recommended maintenance performed<br>- Differential checked<br>- Vehicle washed/detailed |

| | | | |
|---|---|---|---|
| 11/13/2023 | 22,747 | Acura Turnersville<br>Blackwood, NJ<br>856-649-1820<br>**4.8 / 5.0**<br>747 Verified Reviews<br>**6,984** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Recommended maintenance performed<br>- Vehicle washed/detailed |
| 03/04/2024 | 30,864 | Acura Turnersville<br>Blackwood, NJ<br>856-649-1820<br>**4.8 / 5.0**<br>747 Verified Reviews<br>**6,984** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Air filter replaced<br>- Alignment checked<br>- Cabin air filter replaced/cleaned<br>- Oil and filter changed<br>- Tires rotated<br>- Wiper(s) replaced<br>- Vehicle washed/detailed |
| 07/12/2024 | 39,655 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>**4.4 / 5.0**<br>397 Verified Reviews<br>**167** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Fluids checked<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 11/18/2024 | 47,509 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>**4.4 / 5.0**<br>397 Verified Reviews<br>**167** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Differential fluid flushed/changed<br>- Fluids checked<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Transmission fluid changed<br>- Two tires balanced<br>- Two tires mounted<br>- Vehicle washed/detailed |
| 04/07/2025 | 56,013 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>**4.4 / 5.0**<br>397 Verified Reviews<br>**167** Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Air filter replaced<br>- Brakes checked<br>- Brake fluid flushed/changed<br>- Cabin air filter replaced/cleaned<br>- Fluids checked<br>- Fuel system cleaned/serviced<br>- Induction system serviced<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tires rotated<br>- Vehicle washed/detailed |
| 04/25/2025 | 57,205 | Hertrich's of New Castle<br>New Castle, DE | **Vehicle serviced**<br>- Steering/suspension checked |

| | | | |
|---|---|---|---|
| | | 302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | |
| 06/27/2025 | 61,099 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Engine serviced<br>- Vehicle washed/detailed |
| 08/11/2025 | 62,234 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed |
| 10/07/2025 | 64,870 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Fluids checked<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 10/16/2025 | 67,278 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Electrical system checked<br>- Vehicle washed/detailed |
| 10/29/2025 | 67,821 | Hertrich's of New Castle<br>New Castle, DE<br>302-323-1100<br>4.4 / 5.0<br>397 Verified Reviews<br>167 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Engine serviced<br>- Vehicle washed/detailed |




This vehicle's oil change history, as reported to CARFAX, aligns with oil changes reported on other 2023 Acura MDX SH-AWD W/Tech vehicles - approximately every 7,000 miles. Track your service history for free at carfax.com/service.

Have Questions? Please visit our Help Center at www.carfax.com.

## Glossary

**CARFAX Well Maintained - Regular Oil Changes**
CARFAX identifies a "Well Maintained - Regular Oil Change" vehicle as having a regular oil change history when all its recommended oil changes, based on the vehicle's maintenance schedule, have been reported to CARFAX. CARFAX uses the manufacturer's schedule and assumes normal driving conditions. When an oil change schedule is not available, CARFAX may analyze reported service events to determine what is typical for the same make and model vehicle. Dealers and service shops may publish different recommended service schedules.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Reliability Forecast**
The CARFAX 3-Year Reliability Forecast predicts the likelihood of repairs for a vehicle over the next three years. This forecast is based on vehicles of the same year, make, and model with similar mileage, damage, service history, and other factors, and assumes an average of 15,000 miles driven per year. Repairs are separate from regular maintenance, such as oil changes. Some of the repairs predicted may be covered under warranty. The 3-Year Reliability Forecast is based on data reported to Carfax and is only a prediction, not a guarantee.

**Follow Us:** **facebook.com/CARFAX** **@CARFAXinc** **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
2/16/26 2:40:28 PM (CST)