**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN FRED AND VANESSA FRED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendants. | Case No.: 2:25-cv-17979-JKS-JRA<br><br>**Document electronically filed**<br><br>Motion Date: March 16, 2026 |

I, Eric Pedersen, declare, under penalty of perjury, as follows:

1. I am a Technical Specialist for American Honda Motor Co., Inc. ("AHM"). I make this declaration upon personal knowledge and in support of AHM's Motion to Dismiss Plaintiffs' Complaint in this action.

2. I am familiar with records maintained by AHM in the regular course of business relating to Acura and Honda vehicles distributed by AHM, including the 2023 Acura MDX [VIN 5J8YE1H48PL013686] (the "Vehicle") of Plaintiff Steven Fred. I am also familiar with the Warranty Booklet that accompanied the retail sale of the Vehicle to Mr. Fred, which included the written New Vehicle Limited Warranty ("NVLW") applicable to the Vehicle.

3. Attached as Exhibit A is a true and correct copy of the Warranty Booklet (including the NVLW) for model year 2023 Acura vehicles, including Plaintiff Steven Fred's Vehicle.

4. In the Complaint, Plaintiffs allege that AHM "issued an internal service bulletin or advisory to its dealers regarding sunroofs in specific models that were spontaneously shattering." Compl. ¶¶ 6, 66-72, 93, 139, 226. AHM has never issued such a bulletin or communication regarding the 2023 Acura MDX.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Eric Pedersen

Dated: February 16, 2026