

Homer B. Ramsey

101 Hudson Street
21st Floor
Jersey City, NJ 07302
t 201-749-5373
hramsey@shb.com

March 4, 2026

**VIA ECF**

Hon. Jose R. Almonte
United States District Judge
USDC, District of New Jersey
2 Federal Square
Newark, New Jersey 071002

Re:   *Fred, et al. v. American Honda Motor Co., Inc.*
      2:25-cv-17979-JKS-JRA

Dear Judge Almonte,

On behalf of defendant American Honda Motor, Co., Inc. ("AHM"), I write to respectfully request that AHM's motion to dismiss filed on February 17, 2026 (Dkt. No. 9) (the "Motion") be adjourned from the current motion day of March 16, 2026 to April 6, 2026. The reason for this request, to which Plaintiffs consent, is that Plaintiffs filed their opposition to the Motion (Dkt. No. 11), which was due on March 2, 2026 pursuant to L.R. 78.1(d)(2), on March 3, 2026 after 11:00 p.m. The requested adjournment is necessary to afford AHM adequate time to prepare its reply to the belated and lengthy opposition, which is 14-single spaced pages in 12-point font, in violation of L.R. 7.2(d).

Thank you for your consideration.

Sincerely,

/s/ *Homer B. Ramsey*

cc: All Counsel