

May 28, 2026

Homer B. Ramsey

101 Hudson Street, 21st Floor
Jersey City, New Jersey 07302
**t** 201-660-9995
**d** 201-749-5473
**f** 201-660-9992
hramsey@shb.com

Hon. Jose R. Almonte
United States District Judge
USDC, District of New Jersey
2 Federal Square
Newark, New Jersey 071002

Re: *Fred, et al. v. American Honda Motor Co., Inc.*
    2:25-cv-17979-JKS-JRA

Dear Judge Almonte,

The parties jointly request an extension of the June 1, 2026 mediation deadline through and including July 23, 2026. Despite the parties' diligence, unforeseen personal and professional scheduling conflicts have prevented mediation by the current deadline. Should the Court grant the requested extension, the parties have confirmed Judge Rivas' availability to conduct mediation on July 23, 2026.

Thank you for your consideration.

Respectfully submitted,

*/s/Homer B. Ramsey*

Homer B. Ramsey