

August 7, 2026

Homer B. Ramsey

Hon. Jose R. Almonte
United States District Judge
USDC, District of New Jersey
2 Federal Square
Newark, New Jersey 071002

101 Hudson Street, 21st Floor
Jersey City, New Jersey 07302
**t** 201-660-9995
**d** 201-749-5473
**f** 201-660-9992
hramsey@shb.com

Re: *Fred, et al. v. American Honda Motor Co., Inc.*
     2:25-cv-17979-JKS-JRA

Dear Judge Almonte,

The parties are pleased to report that they have reached a settlement and are in the process of finalizing the settlement documents. The parties anticipate filing a stipulation of dismissal with prejudice shortly.

Respectfully submitted,

*/s/Homer B. Ramsey*

Homer B. Ramsey